# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
# CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: **24-3354**          Case Manager: **Virginia Lee Padgett**

Case Name: **Brown v. Yost**

Is this case a cross appeal?   ☐ Yes   ☑ No

Has this case or a related one been before this court previously?   ☐ Yes   ☑ No

If yes, state:
  Case Name: _____   Citation: _____
  Was that case mediated through the court's program?   ☐ Yes   ☑ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

> **This is an appeal from the denial of preliminary relief in a Section 1983 action against Ohio Attorney General Yost, in his official capacity, for violating First Amendment by preventing Appellants from proceeding with their proposed citizen-initiative. The issues included (1) whether the District Court erroneously concluded that Plaintiffs-Appellants do not have Article III standing; (2) whether the District Court incorrectly applied established precedents and the First Amendment in concluding that Yost was not in violation of the First Amendment; and (3) whether the District Court erroneously concluded that the availability of alternative avenues and future elections satisfied the First Amendment.**

**This is to certify that a copy of this statement was served on opposing counsel of record this  29  day of**

_____ **April**, **2024**    .          **Mark R. Brown** _____
                                                    Name of Counsel for Appellant