FILED
May 2, 2024
KELLY L. STEPHENS, Clerk

No. 24-3354

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | |
|---|---|
| CYNTHIA BROWN, CARLOS BUFORD, and JENNY SUE ROWE, | ) ) ) |
| **Plaintiffs-Appellants,** | ) ) |
| v. | )　　　　　　**ORDER** |
| | ) |
| DAVID YOST, in his Official Capacity as Ohio Attorney General, | ) ) ) |
| **Defendant-Appellee.** | ) ) ) |

Plaintiffs-Appellants appeal the district court's order denying their motion for a temporary restraining order and preliminary injunction.  Plaintiffs-Appellants now move for an injunction pending appeal or, in the alternative, an expedited briefing schedule.

Plaintiffs-Appellants' motion for an expedited briefing schedule is **GRANTED**.  Pending further review, we reserve judgment on Plaintiffs-Appellants' motion for an injunction pending appeal.  The expedited briefing schedule is listed below.  Motions for extension of time will not be granted absent the most compelling circumstances.

| | |
|---|---|
| Appellants' Principal Brief | Filed electronically by **May 6, 2024** |
| Appellee's Principal Brief | Filed electronically by **May 13, 2024** |
| Appellants' Reply Brief (Optional Brief) | Filed electronically by **May 17, 2024** |

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk