No. 24-3354

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | |
|---|---|
| CYNTHIA BROWN, ET AL., | : |
| | : On Appeal from the |
| Plaintiffs-Appellants, | : United States District Court |
| | : for the Southern District of Ohio |
| v. | : |
| | : District Court Case No. |
| DAVID YOST, | : 2:24-cv-01401 |
| | : |
| Defendant-Appellee. | : |

### JOINT NOTICE OF PROPOSED BRIEFING

DAVE YOST
Attorney General of Ohio

T. ELLIOT GAISER
Ohio Solicitor General
 *Counsel of Record*
ZACHERY P. KELLER
KATIE ROSE TALLEY
Deputy Solicitors General
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
614-466-8980
614-466-5087 fax
thomas.gaiser@ohioago.gov

*Counsel for Appellee*
 *David Yost*

# JOINT NOTICE OF PROPOSED BRIEFING

Pursuant to the Court's June 17, 2024 Order, the parties jointly propose the following briefing schedule for supplemental briefing and argument:

- Appellants' en banc brief due July 17, 2024
- Appellee's en banc brief due August 16, 2024
- Appellants' en banc reply brief due August 26, 2024
- Oral argument before the en banc Court for the week of October 28–November 1, 2024

Respectfully submitted,

|  |  |
|---|---|
| /s/Mark R. Brown | DAVE YOST |
| MARK R. BROWN | Attorney General of Ohio |
| Counsel of Record | |
| Newton D. Baker/ | /s/ T. Elliot Gaiser |
| Baker & Hostetler Chair | T. ELLIOT GAISER |
| CAPITAL UNIVERSITY | Ohio Solicitor General |
| 303 East Broad Street | *Counsel of Record |
| Columbus, Ohio 43215 | ZACHERY P. KELLER |
| 614.236.6590 | KATIE ROSE TALLEY |
| mbrown@law.capital.edu | Deputy Solicitors General |
| *Counsel for Appellants* | 30 East Broad Street, 17th Floor |
| | Columbus, Ohio 43215 |
| | 614-466-8980 |
| | 614-466-5087 fax |
| | thomas.gaiser@ohioago.gov |
| | *Counsel for Appellee* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June, 2024 this motion was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ T. Elliot Gaiser*
T. ELLIOT GAISER