UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **24-3354**

Case Title: Cynthia Brown; Carlos Buford; Jenny Sue Rowe vs. David Yost

List all clients you represent in this appeal:

> Todd Donovan, Daniel Smith, Caroline Tolbert, Initiative and Referendum Institute (IRI), and Citizens in Charge

- ☐ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☑ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

---

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: Tobias Loss-Eaton          Signature: s/ *Tobias Loss-Eaton*

Firm Name: Sidley Austin LLP

Business Address: 1501 K Street, N.W.

City/State/Zip: Washington, DC 20005

Telephone Number (Area Code): (202) 736-8427

Email Address: tlosseaton@sidley.com

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.